# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-0269

_____

MICHAEL G. JACKSON, M.D.,
SANTO J. PANIELLO, M.D., and
FLORIDA MEDICAL CLINIC, LLC,

     Appellants,

     v.

ROBERT MASSON and ALYSSA
BOICH, o/b/o D.M., a minor,
FLORIDA BIRTH-RELATED
NEUROLOGICAL INJURY
COMPENSATION ASSOCIATION, et
al.,

     Appellees.

_____

On appeal from the Division of Administrative Hearings.
Todd P. Resavage, Administrative Law Judge.

July 18, 2024

PER CURIAM.

     AFFIRMED.

ROBERTS, WINOKUR, and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Dinah S. Stein and Aneta K. McCleary of Hicks, Porter, Ebenfield & Stein, P.A., Miami; Mark McLaughlin and Damien Hoffman of Beytin, McLaughlin, McLaughlin, O'Hara & Bocchino, P.A., Tampa, for Appellants.

Jack Tobias Cook and Brooke Charlan of Morgan & Morgan, P.A., Orlando; Travase L. Erickson of Saalfield Shad PA, Jacksonville; Brian J. Lee of Morgan & Morgan, Jacksonville; David W. Black of Frank, Weinberg & Black, P.L., Plantation; Stephen Alexander Ecenia, Tana Storey, and J. Stephen Menton of Rutledge Ecenia, P.A., Tallahassee, for Appellees.